USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND,

                       Plaintiff,

-against-

POLUZZI PAINTING, INC.,
   d/b/a Poluzzi Painting Inc., and
ROBERT POLUZZI,

                       Defendants.

**ORDER**

Civil Action No.
1:20-mc-00259
(VEC)

---

This matter having come before this Court as a result of Plaintiff's Motion for Renewed Judgment [Docket No. 3], and Defendants Poluzzi Painting, Inc. d/b/a Poluzzi Painting Inc., and Robert Poluzzi, individually, failing to oppose the Motion or otherwise respond to it, this Court hereby orders the following:

    1.    Plaintiffs Motion for Renewed Judgment is hereby **GRANTED**; and

    2.    The Clerk of the United States District Court shall enter judgment in favor of Plaintiff International Painters and Allied Trades Industry Pension Fund and against Defendants Poluzzi Painting, Inc. d/b/a Poluzzi Painting Inc., and Robert Poluzzi, individually, in the amount of $135,390.10, together with post-judgment interest; and

    3.    Plaintiff shall have execution on said judgment.

Dated: 9/22/2020              SO ORDERED:

                                              Honorable Valerie Caproni
                                              United States District Judge