UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND,

                              Plaintiff,                        20-MC-00259 (VEC)

                           -against-                    **RENEWED JUDGMENT**

POLUZZI PAINTING, INC., d/b/a Poluzzi
Painting Inc., and ROBERT POLUZZI,

                             Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 22, 2020, Judgment is entered as follows:

    1.    Plaintiffs Motion for Renewed Judgment is hereby granted; and

    2.    Judgment is entered in favor of Plaintiff International Painters and Allied Trades Industry Pension Fund and against Defendants Poluzzi Painting, Inc., d/b/a/ Poluzi Painting Inc., and Robert Poluzzi, individually, in the amount of $135,390.10, together with post-judgment interest; and

    3.    Plaintiff shall have execution of said judgment.

**Dated:**  New York, New York
            September 23, 2020

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
                                    **BY:**
                                                           **Deputy Clerk**